**Order entered February 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01166-CV**

**DIEGO VELASQUEZ, Appellant**

**V.**

**DANIELA RAYON, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-54052-2021**

**ORDER**

This is an appeal from a protective order. Before the Court is appellee's January 27, 2022 "Motion/Plea In Abatement." Relying on section 81.009(b) of the Texas Family Code, appellee seeks to abate this appeal pending resolution of a separate divorce proceeding involving appellant. *See* TEX. FAM. CODE ANN. § 81.009(b) (providing a protective order rendered against party in suit for dissolution of marriage may not be appealed until divorce decree becomes final). We **DENY** the motion. *See Puente v. Puente*, No. 01-18-00583-CV, 2019 WL

3418510, at *3 (Tex. App.—Houston [1st Dist.] July 30, 2019, no pet.) (section 81.009(b) applies solely to protective orders entered in divorce action, not to protective orders in another proceeding against person who is also party to separate suit for divorce).


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE